UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                                Case No.2:05-cr-17-01

JOHN LONDON BRADSHAW,             HON. GORDON J. QUIST

    Defendant(s).
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on August 4, 2005, for initial appearance and arraignment on an indictment charging one count of Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine Base, and one count of Possession with Intent to Distribute Cocaine Base.  A motion for detention pending further proceedings was filed by the government.  Defendant advised the court that he did not contest detention at this time and waived his right to a detention hearing.  Therefore, the government's motion for detention is granted and the defendant will be detained pending further proceedings.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

       IT IS SO ORDERED.

                                       /s/ Timothy P. Greeley
                                       TIMOTHY P. GREELEY
                                       UNITED STATES MAGISTRATE JUDGE

Dated: August 10, 2005